**MEMO ENDORSED**

## Law Offices
## David S. Greenfield
100 Lafayette Street • Suite 502
New York, N.Y. 10013
(212) 481-9350
Telecopier (212) 571-5507

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/21

November 23, 2021

**VIA ECF**
Hon. Valerie E. Caproni
United States District Judge
  Southern District of New York
Thurgood Marshal United States Courthouse
40 Foley Square
New York, NY 10007

Re: **United States v. Dewese Hughes**, 20-cr-536 (VEC)

Dear Judge Caproni:

    I am counsel to Dewese Hughes. I write, with no objection from the government, to seek a 30-day adjournment of Mr. Hughes sentencing, currently scheduled for December 16 at 10:30 am. This is the first request for an adjournment.

    As the Court is aware, I am a solo practitioner. I am on trial before Judge Stein today and tomorrow, and then breaking for the Thanksgiving holiday. The government estimates their case to be five days, and the defendants believe there case will be five to six days. I have not had sufficient time to devout to prepare for Mr. Hughes' sentencing.

    Accordingly, with no objection from the government, I respectfully request a 30-day adjournment of Mr. Hughes' sentencing.

    Thank you for your consideration in this matter. I am, of course, available to provide more information at the Court's convenience.

Respectfully submitted,

/s/

David S. Greenfield

cc: All Parties (via ECF)

The sentencing hearing currently scheduled for December 16, 2021, at 10:30 a.m. is hereby ADJOURNED until **Wednesday, January 19, 2022, at 11:00 a.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007. The deadline for sentencing submissions is hereby ADJOURNED from December 2, 2021, to January 4, 2022.

SO ORDERED.

*Valerie Caproni*   11/23/21

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE